IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-cr-03 (RCL) |
| v. | : | |
| **ZACHARIAH SATTLER,** | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONVERT STATUS HEARING TO A PLEA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Zachariah Sattler, with the concurrence of his counsel, move to convert the status hearing currently scheduled for Thursday, March 30, 2023, at 12:30 p.m., to a plea hearing via videoconference. The parties have reached an agreement to a non-trial disposition in this case.

FOR THE DEFENDANT:
   A.J. KRAMER
   Federal Public Defender

By: */s/ Eugene Ohm*
   Assistant Federal Public Defender
   625 Indiana Ave., N.W., Ste 550
   Washington, D.C. 20004
   (202) 208-7500

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759