## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 23-cr-03 (RCL) |
| v. | 40 U.S.C. § 5104(e)(2)(G) |
| **ZACHARIAH SATTLER,** | |
| **Defendant.** | *Let this be filed.*<br>*Royce C. Lamberth*<br>*U.S.D.J. 3/30/23* |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Zachariah Sattler, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election,

which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7.  Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Zachariah Sattler's Participation in the January 6, 2021, Capitol Riot*

8.  The defendant, Zachariah Sattler, lives in Chestertown, Maryland. On or around January 6, 2021, the defendant traveled to Washington, D.C. The purpose of the defendant's trip to Washington, D.C., was to protest Congress's certification of the Electoral College vote and what he believed was a fraudulent presidential election.

9.  On January 6, 2021, the defendant attended the "Stop the Steal" rally in support of then-President Trump. After President Trump's speech at the rally, the defendant walked to the Capitol with the crowds. As Sattler approached the U.S. Capitol Building, he shouted and cheered various statements while filming his progress with his phone, including that he wanted to "go hang out with the Proud Boys for a minute," "there's that bitchass Capitol Building with all them dirty motherfuckers in it," and "they dones bustin' through the gate, we're going to the motherfucking

Capitol Building!" As he crossed Capitol grounds, Sattler walked past numerous posted "Area Closed" signs and stepped over bike rack barriers.

10. At approximately 2:40 p.m., Sattler, without being permitted to do so, entered the restricted U.S. Capitol Building through the East Rotunda Doors. Once inside, Sattler shouted, celebrated, and urged other members of the crowd to move further into the Capitol Building. Sattler then walked through multiple different areas of the Capitol, including the Rotunda, Statuary Hall, and the Statuary Hall Connector. While walking through the Capitol, Sattler, at various points, gestured and shouted in a celebratory manner and posed near a statue.

11. At one point while in the Rotunda around approximately 2:59 p.m., Sattler took several puffs from another individual's cigarette or joint. After January 6, 2021, the defendant told other individuals that he smoked marijuana while inside the Capitol.

12. At approximately 3:02 p.m., Sattler returned to the East Rotunda Doors, where he again encouraged other rioters to enter the building before exiting the Capitol.

### *Elements of the Offenses*

13. Zachariah Sattler knowingly and voluntarily admits to all the elements of 40 U.S.C. § 5104(e)(2)(G), Parading Demonstrating, or Picketing in a Capitol Building. Specifically, Sattler admits that he willfully and knowingly entered the U.S. Capitol Building knowing that he did not have permission to do so. Sattler also admits that while inside the Capitol, he willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, **Zachariah Sattler,** have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 03/22          _____
                     Zachariah Sattler
                     Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3/24/2023      _____
                     Eugene Ohm
                     Attorney for Defendant