UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | No. 23-cr-03 (RCL) |
| ZACHARIAH SATTLER ) | |
| ) | |
| Defendant. ) | |
| ) | |

**SUPPLEMENT TO ZACHARIAH SATTLER'S MEMORANDUM IN AID OF SENTENCING**

With apologies for the lateness of this submission, Zachariah Sattler hereby supplements his memorandum in aid of sentencing in this matter.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Eugene_ohm@fd.org

1