# EXHIBIT A

Your Honor,

I am writing to express my deepest remorse and apologies for my actions and the harm that I caused to the Ladies and Gentlemen of Congress, Capital Police Metro police and any others effected. I understand that my behavior was unacceptable and that it has had a significant impact on them, their families' lives, and our great Nation. I take responsibility for my actions, and I am diligently committed to making amends.

 I realize my actions January 6th were immense, serious and wrong. The protesting and the dangerous hysteria that occurred that day is unexcusable. My actions contributed to disruptive, endangering and traumatic event the for members of Congress there staff and families, our Brave Law Enforcement officers and their families for which I have much respect and admiration and also America itself and it's citizens that have been horrified and angered.

To help the people distressed and befuddled understand my motives on January 6th, may I please add some insight. My motives were initially, I didn't want to go at all.  I had no plans on going to DC on January 6th. My day started at work where I was till late morning.  Then I made a bad decision with my boss who was a friend go to DC where he promised me a deal to buy me cannabis from a DC cannabis shop if I would go with him to attend president Trumps speech.  We we're late for the speech and then the speech was close to ending.  We headed towards our vehicle. A lot of people started leaving at the same time so we left to head home.  We had parked next to the Holodomor exhibit near the Capitol building.  As we were about to leave, from a distance we see all heck broke lose at which time the protest became hysterical and unruly and people charged up the lawn and steps towards the scaffolding area of the Capital building.  My motive and mindset at that time changed, as I knew this was a huge historical event unfolding in front of my eyes, and with no excuse I became like a moth to the flame and made a series of the worst decision of my life that impacted many other people's lives. My motive from there on was to protest and observe, acting purely on spontaneous curiosity and fear and adrenaline. Never did I plan or intend to enter the Capital or to hurt anyone, destroy property or trespass.

I feel terrible for all the members of Congress and police while the chaos was going on, looking back the fear there families must have endured. I am sorry, for once inside the Capital it was awe-inspiring and beautiful place. I told people to be respectful and even picked up things other people had knocked over, I also got on one knee prayed at the Nebraska statue.  There were people from all walks of life there.

Literally my whole day on January 6th was not planned in anyway shape or form but a series of bad decisions and events for me any everyone there and watching on TV and people's family and kids terrified has made me sad to be a part of that event that lead to one of the most tragic days in U.S. history.

Some factors that contributed to my actions were false information about how elections were handled, bad social media influencers, and false information from television and the Internet. I had also been imbibing cannabis and alcohol with nothing to eat that day which clouded my
judgement.  Retrospectively I pray I had more of a backbone to stay at work and say no to my boss, a positive action I could have done differently would've just say to No and stayed working on the deck we were installing. I could have also said No to the bribe of cannabis and sustained from drinking alcohol that day would have definitely helped me make more responsible decisions.

Attending The Capital on January 6th was and has been the worst mistake and most embarrassing thing I've ever done in my life. I feel horrible and ashamed for my actions against the Members of Congress and Police in officer's and especially there families who were innocent bystander in all of this. To the American citizens that were hurt, scarred and impacted by the events of January 6th, i sincerely and whole heartedly apologize. I have brought dishonour to my family's good name and shamed my ancestors.

To a specific incident where I vomited on the outside of the Capital building, may I please express to how much I am truly sorry for that especially, although there is no excuse and I didn't do it to be cool. The reason that happened is, I was breathing heavy amounts of pepper spray and with the peach schnapps alcohol I drank and I had nothing for lunch to eat, also being out of shape lead to my vomiting. I vomited where I did because if I had off to the side it would have gotten on people and officers down below the steps, so I vomited where I did to not get it on anyone. I am extremely sorry for that embarrassing and sickening display and for the mess I made.

Most important I am sad and ashamed for the Members of Congress and Police and their friends and families who had to endure that unnecessary chaos, I apologize with all my heart and pray for their forgiveness. I brought distress and chaos to my family and home as I was arrested for January 6th misdemeanors my home was raided and doors kicked in by the fbi scaring my 2 children (15 and 18 in months) with the raid. My wife who was at work at the time was angry with me for bringing this up on us, and extremely distraught the fbi raided our home and traumatized my oldest son who was awake getting ready for school when they beamed laser sights and bright lights through our windows and in his face.

January 6th has caused me strife, I've lost friends, acquaintances, and some family because of my despicable actions of January 6th, we changed our kids schools to avoid bullying, also our home address was leaked to the news and internet, pictures of our house were on the television and Internet, also leaked personal pictures and videos. My family and I have had some odd and suspicious people lurking around our house.  We had to notify our local police department about one stalking individual.  The police made contact and he was told to stay away by order of the police. I have to keep close eye on my children. My wife and kids relationships have been affected and strained with friends and family. I jeopardized my whole family with my stupid choices and actions. I now speak against January 6th as one of the worst days in US history and I regret being a part of it. I have never boasted or bragged about anything from that day and I denounce my actions and everyone else actions that day. I recently have started donating to the F.O.P. Charity.

I recognize the harm the Members of Congress, the Police and their families. The damage and the money it has cost the government is also a tragedy as a result of January 6th. I now speak against and advocate a more mature and intelligent path and actions and dialogue to my friends and family that are around and it's a privilege to be able to learn from ones mistakes, I'm a productive member of society and my community.  I do have a voice which is a blessing, Americans have and I use it now to a better husband father and community member. I am actively in the process of joining my local fire department to serve and give back to my community and fellow man. I do have a passion for community service whether it is coaching youth sports or a beach trash cleanup day. I would like to pay fines, donate time to charitable organizations and events and help in any way I can to reverse any remedy damages. I can promise that I will never disrespect or repeat any actions or decisions as regards to January 6th. I honor our landmarks and sacred monuments of America for which I love so much and have a passion for. I want to be with my wife and children more than anything and I would never want jeopardize that ever

and with that being the greatest gift I would never want to take that from another person. The remorse and pain I feel for the people effected that day is tremendous. Also, I truly wish and pray for their forgiveness and we can all move forward on a positive and loving path.

 I understand that my actions have serious consequences, and I am committed to doing everything in my power to address the harm that I have caused. I am grateful for the opportunity to express my remorse and to take steps towards making things right.

Thank you for your consideration.

Sincerely, Zachariah J. Sattler

Vincent D. Higgins
397 Shadywood lane
Magnolia, Delaware 19962

 I have know Zac Sattler for several years , through his friendship with my son. My impression of Zac was one of being a responsible, hard working individual with  respect toward others.  When I heard of his being present on Jan 6th at the Capitol Building it seemed totally out of character for the person I had gotten to know.  His actions of January 6th do not reflect who he is in the community.

                                                          Yours respectively


                                                          Vincent D. Higgins

Pamela Douglas
1507 White Tail Deer Court
Annapolis, MD 21409
(410) 960-9253
Pjdougl@hotmail.com

January 27, 2023

Subject: Character reference letter for court

I have known Zachariah John Sattler since birth. I humbly ask the court for leniency in your choice of sentence with respect to Zachariah Sattler's Capital Breach Case. I am appealing and pleading for your clemency as the Aunt to Zachariah Sattler.

I can attest that he has shown sincere remorse and penitence for his offenses.

Zachariah has taken on the roll of stay-at-home father. His partner, Sarah, relies on him to attend to their two sons ages 15 and 1. He is an approachable person in the community and a family man. He has made mistakes earlier in life which have affected his life and self esteem, but he has been motivated to serve his family the best way possible.

I can affirm that in all the time I have known him, Zachariah Sattler has been a reliable, trustworthy and decent person. I just hope that you will give an opportunity for a second chance to Zachariah while you make a fair decision.

Thank you for accepting and taking time to read my letter.

Sincerely,

*Pamela Douglas*

Pamela Douglas

John and Amy Dolgos
8243 Whispering Pines Lane, Chestertown MD 21620

February 4, 2023

Subject: Character reference letter for court

We have known Zach Sattler since he was a young adult. We are asking the court for leniency with his sentence to the Zach Sattler's Capital Breach Case.

Zach has made mistakes earlier in life that have affected and followed him throughout his life. He is learning from those mistakes and doing his best to be a father, husband, and son.

We can affirm that Zach Sattler is a reliable, trustworthy, and decent person. We hope that you will give an opportunity for a second chance to Zach while you make a fair decision.

Thank you for your consideration and time.

John and Amy Dolgos